UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-mj-2363-JJO

**UNITED STATES OF AMERICA**

vs.

**LUIS ZELIE,**

      **Defendant.**
_____/

### ORDER DIRECTING MENTAL HEALTH EXAMINATION

**THIS CAUSE** is before the Court upon the parties' joint motion for a court order directing that a mental health examination of the defendant be conducted, pursuant to 18 U.S.C. §§ 4241(a)-(b) and 4242(a). Upon due consideration of the joint motion and the Pretrial Services report, and being otherwise duly advised in the premises, the Court finds as follows:

    1.    Pursuant to 18 U.S.C. § 4241(a), the Court finds that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him, or to assist properly in his defense. Therefore, pursuant to 18 U.S.C. § 4241(b), the Court **ORDERS** that a psychiatric examination of the defendant be conducted in accordance with the provisions of 18 U.S.C. § 4247(b)-(c) in order to determine the defendant's competency.

    2.    Pursuant to the parties' joint motion and 18 U.S.C. § 4242, the Court further **ORDERS** that a psychiatric examination of the defendant be conducted in accordance with the provisions of 18 U.S.C. § 4247(b)-(c) on the issue of the defendant's possible insanity at the time of the offense.

3. The Court recommends that the above-described examination be conducted at the Federal Detention Center, Miami, Florida.

4. The Court further finds that, pursuant to 18 U.S.C. § 3161(h)(1)(A), the period from the date of this Order until the date that the defendant's competency is finally determined shall be excluded in computing the time within which trial must be commenced under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

**DONE** and **SIGNED** in Chambers at Miami, Florida, this **28th** day of March, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

cc. Pretrial Services
U.S. Marshals Service
Bureau of Prisons
Paul Korchin, AFPD
Seth Schlessinger, AUSA